UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA SCHULTZ, | CASE NO. CV F 13-1244 LJO MJS |
| Plaintiffs, | **ORDER TO SHOW CAUSE**<br>(Docs. 13.) |
| vs. | |
| STERICYCLE, INC., et al., | |
| Defendants. | |

This Court's September 4, 2013 order required plaintiff Veronica Schultz ("Ms. Schultz"), no later than September 23, 2013, to file and serve either: (a) papers to dismiss this action against defendant Mike Storie ("Mr. Storie"); or (b) an amended complaint which amends only the (first) harassment claim as to only Mr. Storie. Ms. Schultz has disobeyed the September 4, 2013 order in failing to file and serve papers to dismiss or an amended complaint.

This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS Ms. Schultz, no later than October 3, 2013, to file papers to show cause why sanctions, including dismissal of this action against Mr. Storie, should not be imposed on Ms. Schultz or her counsel for disobedience of the September 4,

1

2013 order.  Alternatively, Ms. Schultz may discharge this order to show, if no later than October 4, 2013, Ms. Schultz files and serves either: (a) papers to dismiss this action against defendant Mike Storie; or (b) an amended complaint which amends only the (first) harassment claim as to only Mr. Storie.

This Court ADMONISHES Ms. Schultz and her counsel that this Court will dismiss this action against Mr. Storie if Ms. Schultz disobeys this order.  This Court ADMONISHES the parties and counsel that they must observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **September 30, 2013**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE