Mark J. Alexander, SBN 184265
Law Offices of Mark J. Alexander
1500 J Street, Second Floor
Modesto, CA 95354
Telephone:  (209) 577-1646
Facsimile:   (209) 577-1647
markjalexander@sbcglobal.net

Attorney for Plaintiff
VERONICA SCHULTZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA SCHULTZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STERICYCLE, INC., a Delaware Corporation, MIKE STORIE and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No.  1:13-cv-01244-LJO-MJS<br><br>**STIPULATION TO DISMISS DEFENDANT MIKE STORIE WITH PREJUDICE AND TO FILE AN AMENDED COMPLAINT** |

**STIPULATION**

　　1.　　WHEREAS the Court's Order on the Defendant's 12(c) Motion granted the same with leave to amend;

　　2.　　WHEREAS Plaintiff has agreed to dismiss Defendant MIKE STORIE with prejudice and to file an Amended Complaint to this effect in return for Defendant MIKE STORIE'S waiver of costs;

　　3.　　WHEREAS Plaintiff agrees that because the amended complaint does not contain any substantive or new allegations against Defendant STERICYCLE, Defendant STERICYCLE is not required to respond to the First Amended Complaint and its general denial filed in State Court continues to serve as its Answer to the First Amended Complaint. (*Stanley Works v.*

*Snydergeneral Corp.*, 781 F. Supp. 659, 664-65 (E.D. Cal. 1990).)

4. NOW THEREFORE, in conformity with the parties stipulation, it is respectfully requested that the Court enter an Order for the voluntary dismissal with prejudice of Defendant MIKE STORIE and to permit the filing of an Amended Complaint to this effect.

5. Attached to this Stipulation as Exhibit 1, is a true and correct copy of the [Proposed] First Amended Complaint.

DATED: October 3, 2013                LAW OFFICES OF MARK J. ALEXANDER

                                      By:      /s/ Mark J. Alexander
                                          Mark J. Alexander
                                          Attorneys for Plaintiff
                                          Veronica Schultz

DATED: October 3, 2013                VEDDER PRICE (CA), LLP

                                      By:      /s/ Lucky Meinz
                                          Lucky Meinz
                                          Attorneys for Defendants
                                          Stericycle, Inc. and Mike Storie

**ORDER**

1. In consideration of the parties stipulation, and good cause appearing therefore to the satisfaction of the Court;

2. IT IS HEREBY ORDERED that Defendant MIKE STORIE is voluntarily dismissed with prejudice with each party to bear its own fees and costs associated therewith;

3. Plaintiff may file and serve the proposed First Amended Complaint immediately but in no event later than October 8, 2013;

///

///

4. As a result of the dismissal, that portion of the Court's Order on the Defendant's 12(c) motion granting leave to amend is moot, and vacated as such.

IT IS SO ORDERED.

Dated:   **October 4, 2013**                          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE