Mark J. Alexander, SBN 184265
Law Offices of Mark J. Alexander
1500 J Street, Second Floor
Modesto, CA 95354
Telephone:  (209) 577-1646
Facsimile:   (209) 577-1647
markjalexander@sbcglobal.net

Attorney for Plaintiff
VERONICA SCHULTZ

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| VERONICA SCHULTZ, | No.  1:13-cv-01244-MJS |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER** |
| v. | |
| STERICYCLE, INC., a Delaware Corporation, MIKE STORIE and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY AND AGREED by and between Plaintiff VERONICA SCHULTZ and Defendants STERICYCLE INC. and MIKE STORIE, by and through their undersigned Counsel that all of the claims by Plaintiff alleged against Defendants STERICYCLE, INC. and MIKE STORIE in Plaintiff's Complaint and First Amended Complaint be dismissed with prejudice, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs.

IT IS SO STIPULATED.

DATED: July 2, 2014          Law Offices of Mark J. Alexander

                              By:    /s/ Mark J. Alexander
                                     Mark J. Alexander
                                     Attorneys for Plaintiff
                                     Veronica Schultz

DATED: July 2, 2014          Vedder Price (CA), LLP

1

STIPULATION FOR DISMISSAL AND ORDER

By: /s/ Lucky Meinz
Lucky Meinz
Attorneys for Defendants
Stericycle Inc. and Mike Storie

## **ORDER**

Good cause appearing, the above Stipulation is accepted and adopted as the Order of the Court. This case, case No. 1:13-cv-01244-MJS, therefore is hereby dismissed with prejudice.

The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: July 8, 2014              /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE